1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re GREENLAND SUPER MARKET INC., | Bankruptcy 13-12530-BTB<br>Appellate Ref. No: 14-08 |
| Debtor. | |
| KL VEGAS, LLC, | 2:14-CV-96 JCM |
| Appellant, | |
| v. | |
| GREENLAND SUPER MARKET, INC., | |
| Respondent. | |

**ORDER**

Presently before the court is a joint motion seeking an extension of time (doc. # 7) for petitioner to file an opening brief in this bankruptcy appeal. The parties indicate they are currently preparing a settlement agreement that they expect to be approved by the bankruptcy court within a short time. As such, the parties request that the court grant an extension so the petitioner will be able to adequately prepare its opening brief in the event that the settlement is not approved.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    Good cause appearing,

2        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the joint motion to extend

3    time (doc. # 7) be, and at the same time hereby is, GRANTED. Petitioner shall have up to, and

4    including, April 4, 2014, in which to file its opening brief in this action.

5        DATED February 18, 2014.

6

7    _____

8    **UNITED STATES DISTRICT JUDGE**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

James C. Mahan
U.S. District Judge                                     - 2 -